GRSM50
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM™

1 Battery Park Plaza, 28th Floor
New York, NY 10004
(212) 269-5500
www.grsm.com

DAVID J. GRECH
dgrech@grsm.com

9/4/26
Def's last date to respond to the complaint is extended until October 2; The initial pretrial conference is adjourned until October 8 at 2:30 p.m.
So Ordered.
Sidney H Stein
U.S.D.J.

September 4, 2026

**VIA ECF**
The Honorable Sidney H. Stein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Thomas v. Fabula Holdings, Inc.*
Case No. 1:26-cv-06399-SHS-BCM

Dear Judge Stein,

We represent Defendant Fabula Holdings, Inc. in this case. We conferred with Plaintiff's counsel today and write, with their consent and pursuant to Paragraph 1(E) of Your Honor's Individual Practices, to respectfully request an extension of time for Defendant to answer, move, or otherwise respond to the complaint and an adjournment of the Initial Conference.

As reported to the Court in our August 19, 2026 letter (ECF 7), we had requested time then, in part, to discuss a potential resolution of this case with Plaintiff's counsel. Those discussions are ongoing and continued today. Therefore, Defendant respectfully requests additional time to allow these discussions to continue and hopefully conclude, which would obviate the need for further intervention by the Court and conserve party and judicial resources.

Defendant respectfully requests an extension of time of thirty (30) days from today for its response to the complaint. Defendant also respectfully requests an attendant adjournment of the in-person Initial Conference, presently scheduled for September 15, 2026, to a date after Defendant's deadline to respond to the complaint. As mentioned, Plaintiff's counsel consents to these requests and has asked that we inform the Court that, for the purposes of adjourning the Initial Conference, Plaintiff's counsel has vacation scheduled from October 12 to October 16.

This is the second request by Defendant for an extension of time to respond to the complaint. The prior request, also upon consent, was granted. This is the first request by any party for an adjournment of the Initial Conference. The requested extension and adjournment would not affect any other scheduled dates in this case.

We thank the Court for its attention to this matter and are available at the Court's convenience should it have any questions.

Respectfully submitted,

GORDON REES
SCULLY MANSUKHANI, LLP

David Grech
David J. Grech

cc: All Counsel of Record (*via* ECF)