GRSM50
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM™

1 Battery Park Plaza, 28th Floor
New York, NY 10004
(212) 269-5500
www.grsm.com

DAVID J. GRECH
dgrech@grsm.com

**MEMO ENDOSRED**

October 5, 2026
Defendant shall answer or move in response to the complaint on or before November 5, 2026.
The initial pretrial conference is adjourned from October 8, 2026 to November 12 at 11:00 A.M.
So Ordered
Sidney H Stein
U.S.D.J.

October 2, 2026

**<u>VIA ECF</u>**
The Honorable Sidney H. Stein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Thomas v. Fabula Holdings, Inc.*
Case No. 1:26-cv-06399-SHS-BCM

Dear Judge Stein,

We represent Defendant Fabula Holdings, Inc. in this case. We conferred with Plaintiff's counsel today and write, with their consent and jointly, pursuant to Paragraph 1(E) of Your Honor's Individual Practices, to respectfully request an extension of time for Defendant to answer, move, or otherwise respond to the complaint and an adjournment of the Initial Conference.

As reported to the Court in our September 4, 2026 letter (ECF 10), we have requested time to discuss a potential resolution of this case with Plaintiff's counsel. Those discussions are ongoing and continued today. Therefore, Defendant respectfully requests additional time to allow these discussions to continue and hopefully conclude, which would obviate the need for further intervention by the Court and conserve party and judicial resources.

Defendant respectfully and with Plaintiff's consent requests an extension of time of thirty (30) days from today for its response to the complaint. The parties also respectfully and jointly request an attendant adjournment of the in-person Initial Conference, presently scheduled for October 8, 2026, to a date after Defendant's deadline to respond to the complaint.

This is the third request by Defendant for an extension of time to respond to the complaint. This is the second request by the parties for an adjournment of the Initial Conference. The prior requests, also upon consent, were granted. The requested extension and adjournment would not affect any other scheduled dates in this case.

We thank the Court for its attention to this matter and are available at the Court's convenience should it have any questions.

Respectfully submitted,

GORDON REES
SCULLY MANSUKHANI, LLP

David Grech
David J. Grech

cc: All Counsel of Record (*via* ECF)